# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KEVIN B. MAM,<br><br>　　　　Petitioner,<br><br>　　　　v.<br><br>STU SHERMAN,<br><br>　　　　Respondent. | No. CV 20-00057-ODW (DFM)<br><br>JUDGMENT |

Pursuant to the Order Summarily Dismissing Petition,

IT IS ADJUDGED that that this action is dismissed with prejudice.

Date: March 10, 2020

　　　　　　　　　　　　　　　　　　OTIS D. WRIGHT II
　　　　　　　　　　　　　　　　　　United States District Judge